IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAYNARD JACKSON,

                      Plaintiff,

    v.

JOAN GERL, DANE ESSER,
RICHARD SCHNEITER and
PETER HUIBREGTSE,

                      Defendants.

MEMORANDUM

07-cv-656-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       This case is presently scheduled for trial on July 20, 2009, with a final pretrial conference to be held on July 16, 2009. Because I will be away from the court on July 16, the hearing will be rescheduled to 8:00 a.m. on the morning of trial. All other deadlines set in the July 17, 2008 preliminary pretrial conference order remain in effect.

       Entered this 25th day of June, 2009.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      BARBARA B. CRABB
                                      District Judge